Matter of Alpern (2024 NY Slip Op 04856)

Matter of Alpern

2024 NY Slip Op 04856

Decided on October 3, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 3, 2024

PM-194-24
[*1]In the Matter of Paul Lawrence Alpern, an Attorney. (Attorney Registration No. 2425015.)

Calendar Date:September 30, 2024

Before:Egan Jr., J.P., Clark, Aarons, Ceresia and McShan, JJ.

Paul Lawrence Alpern, Campbell, California, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Paul Lawrence Alpern was admitted to practice by this Court in 1991 and lists a business address in Campbell, California with the Office of Court Administration. Alpern now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Alpern's application.
Upon reading Alpern's affidavit sworn to August 27, 2024 and filed September 3, 2024, and upon reading the September 20, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Alpern is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Egan Jr., J.P., Clark, Aarons, Ceresia and McShan, JJ., concur.
ORDERED that Paul Lawrence Alpern's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Paul Lawrence Alpern's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Paul Lawrence Alpern is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Alpern is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Paul Lawrence Alpern shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.